**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KATIE R LUTHER, | |
| | NO. 04-32896 |
| DEBTOR | JUDGE: Sonderby |

**NOTICE OF OUTSTANDING OBLIGATIONS**

**Notified via Electronic Filing**
U.S. Trustee, 227 W Monroe, Ste 3350, Chicago, IL 60606
Tom Vaughn, 200 S. Michigan, Suite 1300, Chicago, IL 60604
David M. Siegel, 790 Chaddick Drive, Wheeling, IL 60090
**Notified via US Postal Service**
Katie R. Luther, 8157 South Kingston, Chicago, IL 60617

    Please take notice that on the 16th day of April, 2008 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Notice of Outstanding Obligations.

    NOW COMES the Movant, Midfirst Bank, by and through its attorneys, Fisher and Shapiro, LLC, and states as pursuant to the Notice dated March 6, 2008 from the Chapter 13 Trustee, Tom Vaughn, providing notice to Movant that the trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

1. Current Post Petition Mortgage Payments due February, March & April 2008 each in the amount of $639.96.
2. Late charges accrued in the amount of $767.84.
3. Returned NSF check fees in the amount of $20.00.

    Total outstanding obligation is $2,707.72.

    Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the court determines to be due.  To the extent that amounts set forth in this statement are not determined by the court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

# **AFFIDAVIT OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached objection upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on April 16, 2008, unless a copy was provided electronically by the Clerk of the Court.

                        Respectfully Submitted,

                        /s/ Marc G. Wagman
                        Marc G. Wagman

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Marc G. Wagman ARDC# 06282192
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
07-6832D

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**